# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **FRANK GRANGER** | **CIVIL ACTION NO. 08-1069** |
| **VERSUS** | **JUDGE DOHERTY** |
| **THE AMERICAN INSURANCE COMPANY, ET AL** | **MAGISTRATE JUDGE METHVIN** |

### *MEMORANDUM RULING*

The defendants have file a Motion to Remand Case to State Court (rec. doc. 6). The parties filed a Certificate of Concurrence of All Parties and a Stipulation into the record, wherein the plaintiff stipulated that his claim for damages does not exceed $75,000. The defendant removed the matter to federal court after receiving discovery responses that the defendant interpreted as placing more than $75,000 in controversy. However, the parties now agree that based on plaintiff's stipulation, the amount in controversy is not sufficient under 28 U.S.C. §1332, and this court lacks subject matter jurisdiction.

The jurisdictional amount must be assessed at the time of removal. Gebbia v. Walmart Stores, Inc., 233 F.2d 880, 883 (5th Cir. 2000). Therefore, the stipulation will be considered only insofar as it sheds light upon the amount in controversy at the time of removal. Allen v. R&H Oil & Gas Co., 63 F.3d 1326, 1336 (5th Cir. 1995). The removal statutes should be strictly construed in favor of remand. Manguno v. Prudential Property and Cas. Ins. Co., 276 F.3d 720, 723 (5th Cir.2002).

At the time of removal, the defendant assessed the amount of damages as exceeding $75,000, based on certain discovery responses. However, that assessment was apparently not accurate, and the plaintiff has since clarified the amount in controversy by stipulating that the

2

amount in controversy does not meet the jurisdictional threshold, and the motion to remand and certificate of concurrence establishes that the amount in controversy was less than $75,000 at the time of removal. Therefore, remand is appropriate.

Signed at Lafayette, Louisiana, on August 28, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)